| Attorney or Party without Attorney:<br>PAUL R. GLASSMAN, Bar #76536<br>GREENBERG TRAURIG, LLP<br>2450 COLORADO AVENUE<br>SUITE 400E<br>SANTA MONICA, CA 90404<br>Telephone No: 310-586-7700   FAX No: 310-586-7800 | For Court Use Only<br>FILED<br>MAR -3 PM 3:50<br>CLERK U.S. DISTRICT COURT<br>N. DIST. OF CALIFORNIA |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA |

| Plaintiff: CARDINAL HEALTH 110, INC., ETC. |
|---|
| Defendant: AMG PHARMACY, INC., ETC., ET AL. |

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV080788 JL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; EFC REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

3. a. Party served:  AMG PHARMACY, INC., A CALIFORNIA CORPORATION D/B/A MIKE'S MEDICAL CENTER PHARMACY AND ALSO D/B/A RED SQUARE PHARMACY

   b. Person served: SHIMA LAL, UPS CLERK. AUTHORIZED TO ACCEPT SERVICE. SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:  3145 GEARY BLVD.
   #460
   SAN FRANCISCO, CA 94118

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Feb. 05, 2008 (2) at: 1:20PM

7. *Person Who Served Papers:*
   a. ANDY ESQUER


First Legal Support Services
ATTORNEY SERVICES
1511 BEVERLY BOULEVARD
Los Angeles, CA 90026
(213) 250-1111, FAX (213) 250-1197

Recoverable Cost Per CCP 1033.5(a)(4)(B)
d. *The Fee for Service was:*
e. I am: (3) registered California process server
   (i) Independent Contractor
   (ii) Registration No.: 2007-0001009
   (iii) County: San Francisco

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Fri, Feb. 15, 2008

| Judicial Council Form<br>Rule 982.9.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | (ANDY ESQUER)<br>4012036.paugl.113754 |
|---|---|---|