| Attorney or Party without Attorney:<br>PAUL R. GLASSMAN, Bar #76536<br>GREENBERG TRAURIG, LLP<br>2450 COLORADO AVENUE<br>SUITE 400E<br>SANTA MONICA, CA 90404<br>Telephone No: 310-586-7700        FAX No: 310-586-7800 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: CARDINAL HEALTH 110, INC., ETC. | | | | |
| Defendant: AMG PHARMACY, INC., ETC., ET AL. | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV080788 JL |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; EFC REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:                    Wed., Feb. 20, 2008
   b. Place of Mailing:                   LOS ANGELES, CA 90026
   c. Addressed as follows:               LYUDMILIA LYUSTIN, AN INDIVIDUAL
                                          442 CLEMENT STREET.
                                          SAN FRANCISCO, CA 94118

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., Feb. 20, 2008 in the ordinary course of business.

5. *Person Serving:*
   a. Thomas Tilcock
   b. FIRST LEGAL SUPPORT SERVICES
      1511 W. BEVERLY BLVD
      LOS ANGELES, CA 90026
   c. 213-250-9111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: Not a Registered California Process Server

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Wed, Feb. 20, 2008

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

(Thomas Tilcock) *4012039.paugl.114387*

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| PAUL R. GLASSMAN, Bar #76536<br>GREENBERG TRAURIG, LLP<br>2450 COLORADO AVENUE<br>SUITE 400E<br>SANTA MONICA, CA 90404<br>Telephone No: 310-586-7700    FAX No: 310-586-7800 | | | | FILED<br>08 MAR -3 PH 3: 50 |
| Attorney for: Plaintiff | | Ref. No. or File No.: | | |

| Insert name of Court, and Judicial District and Branch Court: | |
|---|---|
| U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | |
| Plaintiff: CARDINAL HEALTH 110, INC., ETC. | |
| Defendant: AMG PHARMACY, INC., ETC., ET AL. | |

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV080788 JL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; EFC REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

3. a. Party served: LYUDMILIA LYUSTIN, AN INDIVIDUAL
   b. Person served: PARTY IN ITEM 3A. SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served: 442 CLEMENT STREET.
   SAN FRANCISCO, CA 94118

5. I served the party:
   b. by substituted service. On: Thu., Feb. 07, 2008 at: 4:40PM by leaving the copies with or in the presence of:
   MARAL HOSA, CASHIER.
   (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:
   a. DOUG SCHROEDER

   **First Legal Support Services**
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 190
      (iii) County: Marin

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Wed, Feb. 20, 2008

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

(DOUG SCHROEDER)
4012039.paugl.117387

| Attorney or Party without Attorney:<br>PAUL R. GLASSMAN, Bar #76536<br>GREENBERG TRAURIG, LLP<br>2450 COLORADO AVENUE<br>SUITE 400E<br>SANTA MONICA, CA 90404<br>Telephone No: 310-586-7700    FAX: No: 310-586-7800 | | | | | *For Court Use Only:*<br>08 MAR -3 FILED<br>CLERK U.S.<br>NORTHERN DIST COURT<br>DISTRICT OF CA<br>CALIFORNIA<br>PH 3: 50 |
|---|---|---|---|---|---|
| | | Ref. No or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | | | | | |
| Plaintiff: CARDINAL HEALTH 110, INC., ETC. | | | | | |
| Defendant: AMG PHARMACY, INC., ETC., ET AL. | | | | | |

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV080788 JL |
|---|---|---|---|---|

1.  I. DOUG SCHROEDER, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant LYUDMILIA LYUSTIN, AN INDIVIDUAL as follows:

2.  *Documents:*    SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; EFC REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES.

| Day | Date | Time | Location | **R e s u l t s** |
|---|---|---|---|---|
| Wed | 02/06/08 | 4:59pm | Business | THE SUBJECT IS NOT IN AT THIS TIME. Attempt made by: DOUG SCHROEDER. Attempt at: 442 CLEMENT STREET.  SAN FRANCISCO CA 94118. |
| Thu | 02/07/08 | 2:48pm | Business | RECEIVED A CALL FROM THE SUBJECT'S SON, WHO GAVE THE SUBJECT'S ATTORNEY'S NAME AND NUMBER: (ORRIN GROVER, PHONE#:510.872.6030.) THE SON STATED THAT THE SUBJECT HAS CANCER AND NO ONE WILL BE ABLE TO REACH HER. Attempt made by: DOUG SCHROEDER. Attempt at: 442 CLEMENT STREET.  SAN FRANCISCO CA 94118. |
| Thu | 02/07/08 | 4:40pm | Business | Substituted Service on: LYUDMILIA LYUSTIN, AN INDIVIDUAL Business - 442 CLEMENT STREET. SAN FRANCISCO, CA. 94118 by Serving: PARTY IN ITEM 3A. SERVED UNDER F.R.C.P. RULE 4. a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served  by leaving a copy of the document(s) with: MARAL HOSA, CASHIER.. Served by: DOUG SCHROEDER |
| Wed | 02/20/08 | | | Mailed copy of Documents to: LYUDMILIA LYUSTIN, AN INDIVIDUAL |

FAXED

3.  *Person Executing*
    a. DOUG SCHROEDER
    **b. FIRST LEGAL SUPPORT SERVICES**
    1138 HOWARD STREET
    SAN FRANCISCO, CA 94103
    c. (415) 626-3111

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d.. The Fee for service was:**
*e. I am:* (3)  registered California process server
    *(i)*    Independent Contractor
    *(ii)   Registration No.:*     190
    *(iii)  County:*        Marin

4.  *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

*Date:* Wed, Feb. 20, 2008        **AFFIDAVIT OF REASONABLE DILIGENCE**        (DOUG SCHROEDER)

| Attorney or Party without Attorney:<br>PAUL R. GLASSMAN, Bar #76536<br>GREENBERG TRAURIG, LLP<br>2450 COLORADO AVENUE<br>SUITE 400E<br>SANTA MONICA, CA 90404<br>Telephone No: 310-586-7700    FAX: No: 310-586-7800 | | Ref. No or File No.: | For Court Use Only<br>03 MAR -3 PM 3: 50<br>FILED |
|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | | | |
| Plaintiff: CARDINAL HEALTH 110, INC., ETC. | | | |
| Defendant: AMG PHARMACY, INC., ETC., ET AL. | | | |
| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV080788 JL |

1. I, ANDY ESQUER, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant LYUDMILA LYUSTIN, AN INDIVIDUAL as follows:

2. *Documents:*  SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; EFC REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Mon | 02/04/08 | 4:45pm | Business | THIS IS A UPS STORE. THE MANAGER WOULD NOT VERIFY WHETHER OR NOT THE SUBJECT HAS A BOX HERE. Attempt made by: ANDY ESQUER. Attempt at: 3145 GEARY BLVD. #460 SAN FRANCISCO CA 94118. |
| Mon | 02/04/08 | 8:30pm | Home | THIS IS A CONDO COMPLEX. THERE IS A UNIT 322. NO RESPONSE AT THE DOOR. Attempt made by: ANDY ESQUER. Attempt at: 322 PHILIPS DR. APT. #209 DALY CITY CA 94015. |
| Tue | 02/05/08 | 10:35am | Home | TRIED TO VERIFY THE ADDRESS. SPOKE TO MAINTENANCE PERSON WHO STATED HE COULD NOT GIVE OUT ANY INFORMATION. Attempt made by: ANDY ESQUER. Attempt at: 322 PHILIPS DR. APT. #209 DALY CITY CA 94015. |
| Wed | 02/06/08 | 5:00pm | Home | Returned Not Served on: LYUDMILA LYUSTIN, AN INDIVIDUAL Home - 322 PHILIPS DR. APT. #209 DALY CITY, CA. 94015 |

TAXED

3. *Person Executing*
   a. ANDY ESQUER
   b. **FIRST LEGAL SUPPORT SERVICES**
      1511 BEVERLY BOULEVARD
      LOS ANGELES, CA 90026
   c. (213) 250-1111, FAX (213) 250-1197

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d.. *The Fee for service was:*
e. *I am:* (3) registered California process server
   (i)  Independent Contractor
   (ii) *Registration No.:*  2007-0001009
   (iii) *County:*  San Francisco

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

*Date:* Wed, Feb. 20, 2008          **AFFIDAVIT OF REASONABLE DILIGENCE**          (ANDY ESQUER)