UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CARDINAL HEALTH 110, INC. d/b/a
CARDINAL DISTRIBUTION
         Plaintiff(s),

Case No. CV 08-0788 JL

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

AMG PHARMACY, INC., et al.

         Defendant(s).
_____/

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

     **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: April 23, 2008

PLAINTIFF CARDINAL
[Party]

Dated: April 23, 2008

KATHLEEN DEVANEY
[Counsel]