ORRIN LEIGH GROVER
Orrin L. Grover, P.C.
California State Bar No. 64153
416 Young Street
Woodburn, Oregon 97071
Telephone: (503) 981-5836

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| CARDINAL HEALTH 110, INC., | ) | No. 3:2008cv00788 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| AMG PHARMACY, INC., et al. | ) | |
| Defendants. | ) | |

**ADR CERTIFICATION BY DEFENDANTS**

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Page 1    ADR CERTIFICATION

DATED this 23rd day of April, 2008.

/s/<u>Orrin Leigh Grover</u>
ORRIN LEIGH GROVER
Attorney for Defendant AMG &
Lyustin