1  GREENBERG TRAURIG, LLP
   PAUL GLASSMAN (SBN 76536)
2  KATHLEEN DEVANEY (SBN 156444)
   ADAM M. STARR (SBN 222440)
3  2450 Colorado Avenue, Suite 400E
   Santa Monica, California  90404
4  Telephone: (310) 586-7700
   Facsimile: (310) 586-7800
5  Email:  starra@gtlaw.com

6  JASON B. ELSTER
   (Subject to Admission Pro Hac Vice)
7  77 West Wacker Drive, Suite 2500
   Chicago IL 60601
8  Telephone:  (312) 456-8400
   Facsimile:  (312) 456-8435
9  Email: elsterj@gtlaw.com

10 Attorneys for Plaintiff
11 CARDINAL HEALTH 110, INC. d/b/a
   CARDINAL DISTRIBUTION

12

13

14              **IN THE UNITED STATES DISTRICT COURT**

15                **NORTHERN DISTRICT OF CALIFORNIA**

16

| | |
|---|---|
| CARDINAL HEALTH 110, INC., d/b/a CARDINAL DISTRIBUTION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMG PHARMACY, INC., a California corporation d/b/a MIKE'S MEDICAL CENTER PHARMACY and RED SQUARE PHARMACY; and LYUDMILIA LYUSTIN, an individual;<br><br>Defendants. | CASE NO. CV 08-0788 JL<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Jason B. Elster, an active member in good standing of the bar of the State Courts of Illinois whose professional contact information is:

>   Jason B. Elster
>   77 West Wacker Drive, Suite 2500
>   Chicago IL 60601
>   Telephone: (312) 456-8400
>   Facsimile: (312) 456-8435
>   Email: elsterj@gtlaw.com

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Cardinal Health 110, Inc. d/b/a Cardinal Distribution.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: _____    By:_____
                                      UNITED STATES DISTRICT/MAGISTRATE JUDGE

Case 3:08-cv-00788-JL   Document 12   Filed 04/24/2008   Page 3 of 3

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **2450 Colorado Avenue, Suite 400E, Santa Monica, CA 90404.**

On April 23, 2008, I served the **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

ORRIN LEIGH GROVER
Orrin L. Grover, P.C.
California State Bar No. 64153
416 Young Street
Woodburn, Oregon 97071

☒ **(BY MAIL)**

☐ I deposited such envelope in the mail at Santa Monica, California. The envelope was mailed with postage thereon fully prepaid.

☒ I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Santa Monica, California, in the ordinary course of such business.

☐ **(BY FEDERAL EXPRESS)**
I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for delivery by Federal Express. Under the practice it would be deposited with Federal Express on that same day with postage thereon fully prepared at Santa Monica, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if delivery by Federal Express is more than one day after date of deposit with Federal Express.

☐ **(BY FACSIMILE)**
On Type Date here, I transmitted the foregoing document(s) by facsimile sending number. Pursuant to rule 2009(i)(4), I caused the machine to print a transmission record of the transmission, a true and correct copy of which is attached to this declaration.

☐ **(BY PERSONAL SERVICE)**
I delivered such envelope by hand to the offices of the addressee. Executed on Type Date here, at Santa Monica, California.

☐ **(STATE)**   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 23, 2008, at Santa Monica, California.

                                                                             /s/ *Joseph Dirkx*
                                                                               Joseph Dirk

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
LA 127,406,714v1 4/23/2008