```
FILED
08 APR 24 AM 11: 42
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
```

1 GREENBERG TRAURIG, LLP
  PAUL GLASSMAN (SBN 76536)
2 KATHLEEN DEVANEY (SBN 156444)
  ADAM M. STARR (SBN 222440)
3 2450 Colorado Avenue, Suite 400E
  Santa Monica, California 90404
4 Telephone: (310) 586-7700
  Facsimile: (310) 586-7800
5 Email: starra@gtlaw.com

6 Attorneys for Plaintiff
  CARDINAL HEALTH 110, INC. d/b/a
7 CARDINAL DISTRIBUTION

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| CARDINAL HEALTH 110, INC., d/b/a CARDINAL DISTRIBUTION, a Delaware corporation, | CASE NO. CV 08-0788 JL |
|---|---|
| Plaintiff, | |
| vs. | **APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |
| AMG PHARMACY, INC., a California corporation d/b/a MIKE'S MEDICAL CENTER PHARMACY and RED SQUARE PHARMACY; and LYUDMILIA LYUSTIN, an individual; | [Proposed Order Filed Concurrently]<br><br>BY FAX |
| Defendants. | |

1 | Pursuant to Civil L.R. 11-3, Jason B. Elster, an active member in good standing of the bar of Illinois, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiff Cardinal Health 110, Inc. d/b/a Cardinal Distribution, in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court to another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. Attorneys who are members of the bar of this Court in good standing and who maintain an office within the State of California have been designated as co-counsel in the above-entitled action. The names, address and telephone numbers of those attorneys are:

    Paul Glassman
    Kathleen DeVaney
    Adam Starr
    Greenberg Traurig, LLP
    2450 Colorado Avenue, Suite 400E
    Santa Monica, CA 90404
    310.586.7700

I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 23, 2008

By: _____
Jason B. Elster

Attorney for CARDINAL HEALTH 110, INC.
d/b/a CARDINAL DISTRIBUTION

---

1

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

LA 127406672v1 4/22/2008

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **2450 Colorado Avenue, Suite 400E, Santa Monica, CA 90404.**

    On April 23, 2008, I served the APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

ORRIN LEIGH GROVER
Orrin L. Grover, P.C.
California State Bar No. 64153
416 Young Street
Woodburn, Oregon 97071

☒ **(BY MAIL)**

☐ I deposited such envelope in the mail at Santa Monica, California. The envelope was mailed with postage thereon fully prepaid.

☒ I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Santa Monica, California, in the ordinary course of such business.

☐ **(BY FEDERAL EXPRESS)**
I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for delivery by Federal Express. Under the practice it would be deposited with Federal Express on that same day with postage thereon fully prepared at Santa Monica, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if delivery by Federal Express is more than one day after date of deposit with Federal Express.

☐ **(BY FACSIMILE)**
On Type Date here, I transmitted the foregoing document(s) by facsimile sending number. Pursuant to rule 2009(i)(4), I caused the machine to print a transmission record of the transmission, a true and correct copy of which is attached to this declaration.

☐ **(BY PERSONAL SERVICE)**
I delivered such envelope by hand to the offices of the addressee. Executed on Type Date here, at Santa Monica, California.

☐ **(STATE)**     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 23, 2008, at Santa Monica, California.

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
LA 127406672v1 4/22/2008