```
 1 | GREENBERG TAURIG, LLP
   | PAUL GLASSMAN (SBN 76536)
 2 | KATHLEEN DEVANEY (SBN 156444)
   | ADAM M. STARR (SBN 222440)
 3 | 2450 Colorado Avenue, Suite 400E
   | Santa Monica, California 90404
 4 | Telephone: (310) 586-7700
   | Facsimile: (310) 586-7800
 5 | Email: starra@gtlaw.com
 6 | JASON B. ELSTER
   | (Subject to Admission Pro Hac Vice)
 7 | 77 West Wacker Drive, Suite 2500
   | Chicago IL 60601
 8 | Telephone: (312) 456-8400
 9 | Facsimile: (312) 456-8435
   | Email: elsterj@gtlaw.com
10 |
   | Attorneys for Plaintiff
11 | CARDINAL HEALTH 110, INC. d/b/a
   | CARDINAL DISTRIBUTION
```

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARDINAL HEALTH 110, INC., d/b/a CARDINAL DISTRIBUTION, a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>AMG PHARMACY, INC., a California corporation d/b/a MIKE'S MEDICAL CENTER PHARMACY and RED SQUARE PHARMACY; and LYUDMILIA LYUSTIN, an individual;<br><br>    Defendants. | CASE NO. CV 08-0788 JL<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Jason B. Elster, an active member in good standing of the bar of the State Courts of Illinois whose professional contact information is:

>Jason B. Elster
>77 West Wacker Drive, Suite 2500
>Chicago IL 60601
>Telephone: (312) 456-8400
>Facsimile: (312) 456-8435
>Email: elsterj@gtlaw.com

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Cardinal Health 110, Inc. d/b/a Cardinal Distribution.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: April 28, 2008        By: /s/ James Larson
UNITED STATES DISTRICT/MAGISTRATE JUDGE