1  GREENBERG TRAURIG, LLP
   PAUL GLASSMAN (SBN 76536)
2  KATHLEEN DEVANEY (SBN 156444)
   ADAM M. STARR (SBN 222440)
3  2450 Colorado Avenue, Suite 400E
   Santa Monica, California 90404
4  Telephone: (310) 586-7700
   Facsimile: (310) 586-7800
5  Email: starra@gtlaw.com
   Email: devaneyk@gtlaw.com
6
   GREENBERG TRAURIG LLP
7  JASON B. ELSTER (ADMITTED *PRO HAC VICE*)
   77 West Wacker Drive, Suite 2500
8  Chicago, Illinois 60601
   Telephone: (312) 456-8400
9  Facsimile: (312) 456-8435
   Email: elsterj@gtlaw.com
10
   Attorneys for Plaintiff
11 CARDINAL HEALTH 110, INC. d/b/a
   CARDINAL DISTRIBUTION
12

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARDINAL HEALTH 110, INC., d/b/a CARDINAL DISTRIBUTION, a Delaware corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>AMG PHARMACY, INC., a California corporation d/b/a MIKE'S MEDICAL CENTER PHARMACY and RED SQUARE PHARMACY; and LYUDMILIA LYUSTIN, an individual;<br><br>            Defendants. | CASE NO. CV 08-0788 JL<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>Magistrate Judge: Hon. James Larson<br><br>Date:  May 14, 2008<br>Time:  10:30 a.m. |

Pursuant to Rule 16-10(a) of the Civil Local Rules of the United States District Court for the Northern District of California, Plaintiff Cardinal Health 110, Inc. d/b/a Cardinal Distribution, by and through its counsel of record, requests to appear and participate by telephone in the case management conference in the above-entitled case currently scheduled for May 14, 2008 at 10:30 a.m.

DATED: May 5, 2008                    GREENBERG TRAURIG, LLP


By /s/ Kathleen DeVaney
KATHLEEN DEVANEY
ADAM STARR

and

GREENBERG TRAURIG
JASON B. ELSTER

Attorneys for CARDINAL HEALTH 110, INC. d/b/a CARDINAL DISTRIBUTION

## ATTESTATION CLAUSE

I, William J. Goines, am the ECF User whose ID and password are being used to file this APPLICATION FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE. In compliance with General Order 45, X.B., I hereby attest that Kathleen DeVaney and Jason Elster have concurred in this filing.

Date: May 5, 2008

GREENBERG TRAURIG LLP

By: /s/ *William J. Goines*

William J. Goines