GREENBERG TRAURIG, LLP
PAUL GLASSMAN (SBN 76536)
KATHLEEN DEVANEY (SBN 156444)
ADAM M. STARR (SBN 222440)
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: starra@gtlaw.com
Email: devaneyk@gtlaw.com

GREENBERG TRAURIG LLP
JASON B. ELSTER (ADMITTED *PRO HAC VICE*)
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email: elsterj@gtlaw.com

Attorneys for Plaintiff
CARDINAL HEALTH 110, INC. d/b/a
CARDINAL DISTRIBUTION

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARDINAL HEALTH 110, INC., d/b/a CARDINAL DISTRIBUTION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMG PHARMACY, INC., a California corporation d/b/a MIKE'S MEDICAL CENTER PHARMACY and RED SQUARE PHARMACY; and LYUDMILIA LYUSTIN, an individual;<br><br>Defendants. | CASE NO. CV 08-0788 JL<br><br>**AMENDED REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>Magistrate Judge: Hon. James Larson |

Pursuant to Rule 16-10(a) of the Civil Local Rules of the United States District Court for the Northern District of California, Plaintiff Cardinal Health 110, Inc. d/b/a Cardinal Distribution, by and through its counsel of record, requests to appear and participate by telephone in the case management conference in the above-entitled case currently scheduled for May 14, 2008 at 10:30 a.m.

Counsel for Plaintiff that will be making the telephonic appearance is Jason B. Elster, whose direct dial telephone number is (312) 476-5060.

DATED: May 6, 2008                GREENBERG TRAURIG, LLP


                                  By /s/ Kathleen DeVaney
                                     KATHLEEN DEVANEY
                                     ADAM STARR

                                     And

                                     GREENBERG TRAURIG
                                     JASON B. ELSTER

                                     Attorneys for CARDINAL HEALTH 110, INC. d/b/a
                                     CARDINAL DISTRIBUTION

1

AMENDED REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE

LA 127,480,422v1 5/6/2008

| | |
|---|---|
| 1 | ATTESTATION CLAUSE |
| 2 | I, William J. Goines, am the ECF User whose ID and password are being used to |
| 3 | file this AMENDED APPLICATION FOR TELEPHONIC APPEARANCE AT CASE |
| 4 | MANAGEMENT CONFERENCE.  In compliance with General Order 45, X.B., I hereby |
| 5 | attest that Kathleen DeVaney and Jason Elster have concurred in this filing. |

Date: May 6, 2008

GREENBERG TRAURIG LLP

By:  /s/ *William J. Goines*

William J. Goines

---

2

AMENDED REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE

*LA 127,480,422v1 5/6/2008*