| | |
|---|---|
| 1 | GREENBERG TAURIG, LLP |
| | PAUL GLASSMAN (SBN 76536) |
| 2 | KATHLEEN DEVANEY (SBN 156444) |
| | ADAM M. STARR (SBN 222440) |
| 3 | 2450 Colorado Avenue, Suite 400E |
| | Santa Monica, California 90404 |
| 4 | Telephone: (310) 586-7700 |
| | Facsimile: (310) 586-7800 |
| 5 | Email: starra@gtlaw.com |
| | Email: devaneyk@gtlaw.com |
| 6 | |
| 7 | GREENBERG TRAURIG LLP |
| | JASON B. ELSTER (ADMITTED *PRO HAC VICE*) |
| 8 | 77 West Wacker Drive, Suite 2500 |
| | Chicago, Illinois 60601 |
| 9 | Telephone: (312) 456-8400 |
| | Facsimile: (312) 456-8435 |
| 10 | Email: elsterj@gtlaw.com |
| 11 | Attorneys for Plaintiff |
| | CARDINAL HEALTH 110, INC. d/b/a |
| 12 | CARDINAL DISTRIBUTION |

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARDINAL HEALTH 110, INC., d/b/a CARDINAL DISTRIBUTION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMG PHARMACY, INC., a California corporation d/b/a MIKE'S MEDICAL CENTER PHARMACY and RED SQUARE PHARMACY; and LYUDMILIA LYUSTIN, an individual;<br><br>Defendants. | CASE NO. CV 08-0788 JL<br><br>**AMENDED REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>Magistrate Judge: Hon. James Larson |

AMENDED REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE
LA 127,480,422v1 5/6/2008

Pursuant to Rule 16-10(a) of the Civil Local Rules of the United States District Court for the Northern District of California, Plaintiff Cardinal Health 110, Inc. d/b/a Cardinal Distribution, by and through its counsel of record, requests to appear and participate by telephone in the case management conference in the above-entitled case currently scheduled for May 14, 2008 at 10:30 a.m.

Counsel for Plaintiff that will be making the telephonic appearance is Jason B. Elster, whose direct dial telephone number is (312) 476-5060.

DATED: May 6, 2008            GREENBERG TRAURIG, LLP


By /s/ Kathleen DeVaney
KATHLEEN DEVANEY
ADAM STARR

And

GREENBERG TRAURIG
JASON B. ELSTER

Attorneys for CARDINAL HEALTH 110, INC. d/b/a CARDINAL DISTRIBUTION

DATE: May 7, 2008



IT IS SO ORDERED
Judge James Larson
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

---

1

AMENDED REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE

LA 127,480,422v1 5/6/2008