GREENBERG TRAURIG, LLP
PAUL GLASSMAN (SBN 76536)
KATHLEEN DEVANEY (SBN 156444)
ADAM M. STARR (SBN 222440)
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: starra@gtlaw.com

JASON B. ELSTER (Admitted *Pro Hac Vice*)
77 West Wacker Drive, Suite 2500
Chicago IL 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email: elsterj@gtlaw.com

Attorneys for Plaintiff
CARDINAL HEALTH 110, INC. d/b/a
CARDINAL DISTRIBUTION

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARDINAL HEALTH 110, INC., d/b/a CARDINAL DISTRIBUTION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMG PHARMACY, INC., a California corporation d/b/a MIKE'S MEDICAL CENTER PHARMACY and RED SQUARE PHARMACY; and LYUDMILIA LYUSTIN, an individual;<br><br>Defendants. | CASE NO. CV 08-0788 JL<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Plaintiff Cardinal Health 110, Inc. is the wholly-owned subsidiary of Cardinal Health, Inc.

DATED: May 7, 2008                     Respectfully submitted,

By: /s/ Jason B. Elster
    GREENBERG TRAURIG, LLP
    Paul Glassman (SBN 76536)
    Kathleen DeVaney (SBN 156444)
    Adam M. Starr (SBN 222440)
    2450 Colorado Avenue, Suite 400E
    Santa Monica, California 90404
    Telephone: (310) 586-7700
    Facsimile: (310) 586-7800
    Email: starra@gtlaw.com

and

Jason B. Elster (*Pro Hac Vice*)
77 West Wacker Drive, Suite 2500
Chicago IL 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email: elsterj@gtlaw.com

*Attorneys for Plaintiff*

## ATTESTATION CLAUSE

I, William J. Goines, am the ECF User whose ID and password are being used to file this PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS. In compliance with General Order 45, X.B., I hereby attest that Kathleen DeVaney and Jason Elster have concurred in this filing.

Date: May 7, 2008

                                         GREENBERG TRAURIG LLP

                                         By:  /s/ *William J. Goines*
                                                  William J. Goines