GREENBERG TRAURIG, LLP
PAUL GLASSMAN (SBN 76536)
KATHLEEN DEVANEY (SBN 156444)
ADAM M. STARR (SBN 222440)
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: starra@gtlaw.com

JASON B. ELSTER (Admitted *Pro Hac Vice*)
77 West Wacker Drive, Suite 2500
Chicago IL 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email: elsterj@gtlaw.com

Attorneys for Plaintiff
CARDINAL HEALTH 110, INC. d/b/a
CARDINAL DISTRIBUTION

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARDINAL HEALTH 110, INC., d/b/a CARDINAL DISTRIBUTION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMG PHARMACY, INC., a California corporation d/b/a MIKE'S MEDICAL CENTER PHARMACY and RED SQUARE PHARMACY; and LYUDMILIA LYUSTIN, an individual;<br><br>Defendants. | CASE NO. CV 08-0788 JL<br><br><br>**PARTIES' JOINT RULE 26(f) REPORT** |

Pursuant to Federal Rule of Civil Procedure 26(f), a telephonic conference was held on Tuesday, April 22, 2008, at approximately 6:00 p.m. CDT. Participating in the conference was Jason B. Elster on behalf of Plaintiff Cardinal Health 110, Inc. d/b/a Cardinal Distribution, and Orrin Leigh Grover on behalf of Defendants AMG Pharmacy Inc. d/b/a Mike's Medical Center Pharmacy and Red Square Pharmacy, and Lyudmilia Lyustin (collectively, "Defendants"). The parties' report of that conference is as follows:

A. <u>Initial Disclosures</u>. On May 7, 2008, Plaintiff provided Defendants with its Rule 26(a) initial disclosures. Defendants will provide their initial disclosures on or before May 13, 2008.

B. <u>Consideration of Claims and Defenses and Possibility of Settlement</u>. The parties have discussed their respective claims and defenses in this matter, which are fully described and discussed in Plaintiff's Complaint. The parties have also engaged in settlement discussions prior to the bringing of this action. Those discussions did not result in a settlement. The parties remain open to the prospect of settlement.

C. <u>Preservation of Discoverable Information</u>. Since this action was initiated, the parties have taken appropriate steps to preserve any and all information, electronic or otherwise, which may be within the proper scope of discoverable information as contemplated under the Federal Rules of Civil Procedure.

D. <u>Discovery Plan</u>. The parties have discussed a discovery plan and jointly propose the following:

Discovery may be needed with respect to each of the factual allegations of the Complaint and any defenses that Defendants may allege thereon, including but no limited to the following subjects: goods and services rendered by Plaintiff to Defendants; any heretofore unaccounted payments by Defendants to Plaintiff for goods and/or services; and any transfer or sale of Defendants' assets after Defendants became indebted to Plaintiff.

All discovery should be commenced in time to be completed by **August 29, 2008**.

Maximum of 25 interrogatories by each party to any other party.

Maximum of 30 requests for admission by each party to any other party.

Maximum of 5 depositions by Plaintiff and 5 by Defendants. Each deposition limited to a maximum of six hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due from Plaintiff by **August 29, 2008**, and from Defendants by **October 31, 2008**.

Supplementation under Rule 26(e) due **October 31, 2008**.

E.    Other items.

The parties' initial case management conference is scheduled for May 14, 2008, and the parties agree to the entry of a scheduling order that includes the dates outlined herein.

The parties request a pretrial conference in **January 2009**.

The parties should be allowed until **September 12, 2008** to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by **December 12, 2008**.

The parties remain open to the prospect of settlement.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due by **January 16, 2009**.

Parties should have twenty one (21) days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by **February 20, 2009** and at this time is expected to take approximately three (3) days.

At this time, there are no issues relating to disclosure or discovery of electronically stored information, and the parties agree that any electronically stored information to be produced will be produced in hard copy.

3
PARTIES' JOINT RULE 26(f) REPORT
LA 127,482,910v1 5/7/2008

The parties anticipate that there may be issues relating to claims of privilege or protection that arise during the course of discovery. The parties will endeavor to work out these issues cooperatively as they arise.

No other orders are sought at this time under Rule 26(c).

DATED: May 7, 2008                           Respectfully submitted,

By: /s/ Orrin L. Grover                      By: /s/ Jason B. Elster
    ORRIN L. GROVER, P.C.                       GREENBERG TRAURIG, LLP
    Orrin Leigh Grover (SBN 64153)              Paul Glassman (SBN 76536)
    416 Young Street                            Kathleen Devaney (SBN 156444)
    Woodburn, Oregon 97071                      Adam M. Starr (SBN 222440)
    Telephone: (503) 981-5836                   2450 Colorado Avenue, Suite 400E
    Facsimile: (503) 981-8680                   Santa Monica, California  90404
                                                Telephone: (310) 586-7700
    *Attorney for Defendants*                   Facsimile: (310) 586-7800
                                                Email:  starra@gtlaw.com

                                                and

                                                Jason B. Elster (*Pro Hac Vice*)
                                                77 West Wacker Drive, Suite 2500
                                                Chicago IL 60601
                                                Telephone:  (312) 456-8400
                                                Facsimile:  (312) 456-8435
                                                Email: elsterj@gtlaw.com

                                                *Attorneys for Plaintiff*

## ATTESTATION CLAUSE

I, William J. Goines, am the ECF User whose ID and password are being used to file this JOINT RULE 26(f) REPORT.  In compliance with General Order 45, X.B., I hereby attest that Orrin L. Grover and Jason Elster have concurred in this filing.

Date: May 7, 2008

GREENBERG TRAURIG LLP

By:  /s/ *William J. Goines*

William J. Goine