ORRIN LEIGH GROVER, ESQ.
Orrin L. Grover, P.C.
California State Bar No. 64153
416 Young Street
Woodburn, Oregon 97071
Telephone: (503) 981-5836

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| CARDINAL HEALTH 110, INC., | ) | No. 3:08-cv-00788-JL |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | MOTION TO APPEAR |
| vs. | ) | BY TELEPHONE |
| | ) | |
| AMG PHARMACY, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

TO THE ABOVE ENTITLED COURT:

The Attorney for the Defendant hereby moves the above-entitled Court for leave to appear by telephone for the Case Management Conference scheduled for 10:30 AM on May 14, 2008.

Counsel has conferred with counsel for the Plaintiff who has no objection to this appearance.

Counsel for the Defendant will be available at his direct dial number: 510-872-6030.

DATED this 7th day of May, 2008.

/S/ *Orrin Leigh Grover*
ORRIN LEIGH GROVER
Attorney for Defendant AMG Lyustin

Page 1   MOTION TO APPEAR BY TELEPHONE

# CERTIFICATE OF SERVICE
# [mail]

I, the undersigned, declare that I am over 18 years of age; that my business address is 416 Young Street, Woodburn, Oregon 97071 and that I am not a party to the within action. I served the foregoing pleading on the following attorney of record in this action at the address noted hereunder:

Adam M. Starr
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

Jason B. Elster
77 West Wacker Drive
Suite 2500
Chicago, IL 60601

by mailing a true copy thereof, contained in a sealed envelope with postage fully prepaid, to the address set forth above on the date set forth below.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 7, 2008.

**DATE**: May 7, 2008.

_____