ORRIN LEIGH GROVER, ESQ.
Orrin L. Grover, P.C.
California State Bar No. 64153
416 Young Street
Woodburn, Oregon 97071
Telephone: (503) 981-5836

Attorney for Defendants

*IT IS SO ORDERED*
*/s/ James Larson*
Judge James Larson

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| CARDINAL HEALTH 110, INC., | ) | No. 3:08-cv-00788-JL |
|---|---|---|
| Plaintiff, | ) | |
| | ) | MOTION TO APPEAR |
| vs. | ) | BY TELEPHONE |
| | ) | |
| AMG PHARMACY, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

TO THE ABOVE ENTITLED COURT:

The Attorney for the Defendant hereby moves the above-entitled Court for leave to appear by telephone for the Case Management Conference scheduled for 10:30 AM on May 14, 2008.

Counsel has conferred with counsel for the Plaintiff who has no objection to this appearance.

Counsel for the Defendant will be available at his direct dial number: 510-872-6030.

DATED this 7th day of May, 2008.

/S/ *Orrin Leigh Grover*
ORRIN LEIGH GROVER
Attorney for Defendant AMG Lyustin

Page 1    MOTION TO APPEAR BY TELEPHONE