1  GREENBERG TAURIG, LLP
   PAUL GLASSMAN (SBN 76536)
2  KATHLEEN DEVANEY (SBN 156444)
   ADAM M. STARR (SBN 222440)
3  2450 Colorado Avenue, Suite 400E
   Santa Monica, California 90404
4  Telephone: (310) 586-7700
   Facsimile: (310) 586-7800
5  Email: starra@gtlaw.com

6  JASON B. ELSTER (Admitted *Pro Hac Vice*)
   77 West Wacker Drive, Suite 2500
7  Chicago IL 60601
   Telephone: (312) 456-8400
8  Facsimile: (312) 456-8435
   Email: elsterj@gtlaw.com
9
10 Attorneys for Plaintiff
   CARDINAL HEALTH 110, INC. d/b/a
11 CARDINAL DISTRIBUTION

12                **IN THE UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**
14

15 | CARDINAL HEALTH 110, INC., d/b/a CARDINAL DISTRIBUTION, a Delaware corporation, | CASE NO. CV 08-0788 JL |
|---|---|
16 | | |
17 | Plaintiff, | |
18 | vs. | **PLAINTIFF'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT** |
19 | AMG PHARMACY, INC., a California corporation d/b/a MIKE'S MEDICAL CENTER PHARMACY and RED SQUARE PHARMACY; and LYUDMILIA LYUSTIN, an individual; | |
20 | | |
21 | | |
22 | Defendants. | |

23
24
25
26
27
28

Plaintiff Cardinal Health 110, Inc., by and through its undersigned counsel, for its Federal Rule of Civil Procedure 7.1 Disclosure Statement, states as follows:

Plaintiff's parent corporation is Cardinal Health, Inc.

DATED: May 9, 2008                             Respectfully submitted,

By: /s/ Jason B. Elster
GREENBERG TRAURIG, LLP
Paul Glassman (SBN 76536)
Kathleen Devaney (SBN 156444)
Adam M. Starr (SBN 222440)
2450 Colorado Avenue, Suite 400E
Santa Monica, California  90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email:  starra@gtlaw.com

and

Jason B. Elster (*Pro Hac Vice*)
77 West Wacker Drive, Suite 2500
Chicago IL 60601
Telephone:  (312) 456-8400
Facsimile:  (312) 456-8435
Email: elsterj@gtlaw.com

*Attorneys for Plaintiff*

## ATTESTATION CLAUSE

I, William J. Goines, am the ECF User whose ID and password are being used to file this PLAINTIFF'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT. In compliance with General Order 45, X.B., I hereby attest that Kathleen DeVaney and Jason Elster have concurred in this filing.

Date: May 9, 2008

GREENBERG TRAURIG LLP

By: /s/ *William J. Goines*

William J. Goines

---

3
PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

*LA 127,487,608v1 5/9/2008*