<u>CIVIL MINUTES</u>

**Chief Magistrate Judge James Larson**          FTR 10:47-10:5 ( 08 min)
Date: **May 14 , 2008**

Case No: **C08- 0788  JL**

Case Name: **Cardinal Health 119,Inc. v. AMG Pharmacy, Inc.**

Plaintiff  Attorney(s): **Jason Elster by phone (312) 476-5060**
Defendant Attorney(s):No answer when phone call placed.
Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                         **RULING:**
1.
2.
3.
4.
[ X]  Case Management Conference - held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING: Counsel to file consents.  Mr. Elster to notify Mr. Grover of new date. Initial disclosures to be made by 5/20/08.**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court

**Case continued to:** 5-28-08 @ 10:30 a.m. for fur CMC

**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at  , set for  days.
         [ ] Jury  [ ] Court


Notes: Parties may appear by phone.




cc: Venice, Kathleen,