<u>**CIVIL MINUTES**</u>

**Chief Magistrate Judge James Larson**             **FTR 10:38 -10:44**
Date: **May 28, 2008**                                               (06 min)

Case No: **C08-0788  JL**

Case Name: **Cardinal Heatlh 119, Inc. v. AMG Pharmacy, Inc.**

Plaintiff  Attorney(s): Jason Elster by phone (312) 476-5060
Defendant Attorney(s):    No answer at either phone

Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                         **RULING:**
1.
2.
3.
4.
[ X] Fur   Management Conference - held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING:.**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:** 6-11 08 @ 10:30 a.m. for fur CMC.

**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:   at , set for  days.
        [ ] Jury  [ ] Court

Notes: Mr. Elster to file written consent.  Court to issue order directing deft's counsel, Orrin Grover to appear and make initial disclosures.


cc: Venice, Kathleen,