United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARDINAL HEALTH 110, | No. C 08-0788 JL |
| Plaintiff, | **ORDER** |
| v. | |
| AMG PHARMACY, INC, | |
| Defendant. | |
| _____/ | |

TO DEFENDANT AND COUNSEL OF RECORD: You are hereby ordered to appear, in person, on Wednesday, June 11, 2008, at 10:30 a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, for case management conference in the above-captioned case.

Counsel for Defendant will not be permitted to appear by telephone. Although the Court previously granted the request of counsel to appear by telephone, he failed to make the last two telephonic appearances, on May 14 and May 28. At the time noticed for the case management conferences, the Court was unable to contact counsel, on either his office phone or his mobile phone.

Defendant is also ordered to, within one week of the issuance of this Order:

1. File either consent to this Court's jurisdiction or request for reassignment to a district court judge, pursuant to 28 U.S.C. §636(c) and Civil Local Rule 73; and

2. Serve initial disclosures on counsel for Plaintiff, pursuant to Rule 26(a)(1), Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED: May 28, 2008

_____
James Larson
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\08-0788\Order to Appear.wpd

**United States District Court**
For the Northern District of California