ORRIN LEIGH GROVER, ESQ.
Orrin L. Grover, P.C.
California State Bar No. 64153
416 Young Street
Woodburn, Oregon 97071
Telephone: (503) 981-5836

Attorney for Defendants AMG & Lyustin

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| CARDINAL HEALTH 110, INC., | ) | No. 3:2008cv00788 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | CERTIFICATE OF INTERESTED PARTIES |
| AMG PHARMACY, INC., et al. | ) | |
| Defendants. | ) | |

TO THE PLAINTIFFS:

COMES NOW THE Defendant AMG Pharmacy, Inc. and Lyudmila Lyustin disclose the following interested party:

United Care Pharmacy, LLC.

DATED this 28th day of May, 2008.

/s/ Orrin Leigh Grover
ORRIN LEIGH GROVER
Attorney for Defendant AMG & Lyustin

Page 1    CERTIFICATE OF INTERESTED PARTIES

## CERTIFICATE OF SERVICE
### [mail]

I, the undersigned, declare that I am over 18 years of age; that my business address is 303 North First Street, Woodburn, Oregon 97071 and that I am not a party to the within action. I served the foregoing pleading on the following attorney of record in this action at the address noted hereunder:

> Paul Glassman, Esquire
> Greenberg, Taurig
> 2450 Colorado Avenue, Suite 400E
> Santa Monica, CA 90404

by mailing a true copy thereof, contained in a sealed envelope with postage fully prepaid, to the address set forth above on the date set forth below.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 10, 2008.

**DATE**: June 10, 2008.

/s/ Orrin Leigh Grover