## CIVIL MINUTES

**Chief Magistrate Judge James Larson**          **FTR 10:34 -10:38**
Date: **June 11, 2008**                          (04 min)

Case No: **C08-0788  JL**

Case Name: **Cardinal Heatlh 119, Inc. v. AMG Pharmacy, Inc.**

Plaintiff  Attorney(s): Jason Elster by phone (312) 476-5060
Defendant Attorney(s): Orrin Grover

Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                 **RULING:**
1.
2.
3.
4.
[ X] Fur   Management Conference - held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING:Case referred to ADR for mediation.**
**Order to be prepared by:** [ ] Plntf [ ] Deft [] Court
**Case continued to:** 8-13-08 @ 10:30 a.m. for fur CMC. Counsel to submit updated statement few days prior.

**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:   at  , set for  days.
        [ ] Jury  [ ] Court

Notes:.

cc: Venice, Kathleen, ADR