GREENBERG TRAURIG, LLP
PAUL GLASSMAN (SBN 76536)
KATHLEEN DEVANEY (SBN 156444)
ADAM M. STARR (SBN 222440)
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: starra@gtlaw.com
Email: devaneyk@gtlaw.com

GREENBERG TRAURIG LLP
JASON B. ELSTER (ADMITTED *PRO HAC VICE*)
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email: elsterj@gtlaw.com

Attorneys for Plaintiff
CARDINAL HEALTH 110, INC. d/b/a
CARDINAL DISTRIBUTION

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARDINAL HEALTH 110, INC., d/b/a CARDINAL DISTRIBUTION, a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>AMG PHARMACY, INC., a California corporation d/b/a MIKE'S MEDICAL CENTER PHARMACY and RED SQUARE PHARMACY; and LYUDMILIA LYUSTIN, an individual;<br><br>    Defendants. | CASE NO. CV 08-0788 JL<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>Magistrate Judge: Hon. James Larson<br><br>DATE: AUGUST 13, 2008<br>TIME: 10:30 a.m.<br>DEPT: Courtroom F, 15th Floor |

Pursuant to Rule 16-10(a) of the Civil Local Rules of the United States District Court for the Northern District of California, Plaintiff Cardinal Health 110, Inc. d/b/a Cardinal Distribution, by and through its counsel of record, requests to appear and participate by telephone in the case management conference in the above-entitled case currently scheduled for August 13, 2008 at 10:30 a.m.

Counsel for Plaintiff that will be making the telephonic appearance is Kathleen D. DeVaney, whose direct dial telephone number is (559) 433-0375.

DATED:  August 8, 2008                     GREENBERG TRAURIG, LLP


By /s/ Kathleen DeVaney
KATHLEEN DEVANEY
ADAM STARR

And

GREENBERG TRAURIG
JASON B. ELSTER

Attorneys for CARDINAL HEALTH 110, INC. d/b/a CARDINAL DISTRIBUTION