**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**Cardinal Health 110, Inc.,**

        Plaintiff(s),

  v.

**AMG Pharmacy Inc., et al.,**

        Defendant(s),
_____/

No. **C08-0788 JL**

**Clerk's Notice**

     (Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Further Case Management Conference is rescheduled to **October 1, 2008** at **10:30 a.m.** before the Honorable James Larson. The previously set date of **August 13, 2008** at **10:30 a.m.** is hereby **VACATED**.

Please report to courtroom F, on the 15th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: August 8, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: *Lashanda Scott*
     Lashanda Scott
     Courtroom Deputy

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


CARDINAL HEALTH 110,

              Plaintiff,

  v.

AMG PHARMACY INC et al,

              Defendant.

_____/

Case Number: CV08-00788 JL

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Jason B. Elster
77 West Wacker Drive
Suite 2500
Chicago, IL 60601


Dated: August 8, 2008

*Lashanda Scott*
Richard W. Wieking, Clerk
By: Simone Voltz, Deputy Clerk