GREENBERG TRAURIG, LLP
PAUL GLASSMAN (SBN 76536)
KATHLEEN DEVANEY (SBN 156444)
ADAM M. STARR (SBN 222440)
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: starra@gtlaw.com

JASON B. ELSTER (*Pro Hac Vice*)
77 West Wacker Drive, Suite 2500
Chicago IL 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email: elsterj@gtlaw.com

Attorneys for Plaintiff
CARDINAL HEALTH 110, INC. d/b/a
CARDINAL DISTRIBUTION

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARDINAL HEALTH 110, INC., d/b/a CARDINAL DISTRIBUTION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMG PHARMACY, INC., a California corporation d/b/a MIKE'S MEDICAL CENTER PHARMACY and RED SQUARE PHARMACY; and LYUDMILIA LYUSTIN, an individual;<br><br>Defendants. | CASE NO. CV 08-0788 JL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE MEDIATION DEADLINE** |

The motion of Plaintiff Cardinal Health 110, Inc. d/b/a Cardinal Distribution ("Cardinal") to continue the mediation deadline or, in the alternative, to permit Cardinal to attend the scheduled mediation by telephone is now pending before the Court. The Court, having read and considered the motion, any responses thereto and the Court's previous orders and minute entries, finds that the motion to continue the mediation deadline pending a hearing upon Cardinal's forthcoming motion for summary judgment should be GRANTED.

IT IS ORDERED that the mediation deadline scheduled for September 9, 2008 is continued to November 7, 2008 and that the mediation currently scheduled for September 4, 2008 shall be rescheduled for a date, time and place acceptable to Plaintiff, Defendants and the Mediator.

IT IS FURTHER ORDERED that Cardinal's alternative motion to attend the September 4, 2008 mediation by telephone is MOOT.

IT IS SO ORDERED.

DATED: _____

_____
JAMES LARSON
CHIEF MAGISTRATE JUDGE