UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARDINAL HEALTH 110,

    Plaintiff,

v.

AMG PHARMACY, INC ,

    Defendant.
_____/

No. C 08-0788  JL

**ORDER**
**Granting in part Docket #34**

    The Court received Plaintiff's motion, noticed for hearing on September 3, 2008, to extend the mediation deadline until after this Court's decision on a yet-to-be-filed motion for summary judgment, which the Court is available to hear on any Wednesday in October, except the 1st and the 22nd. Defendant's opposition was due August 13. Defendant did not file anything. This Court hereby grants the extension of the deadline for mediation, to December 12, 2008. In the alternative, Plaintiff had asked permission to appear by telephone at the mediation. The parameters of the mediation are entirely the province of the mediator. The motion to appear by telephone is denied without prejudice.

    IT IS SO ORDERED.

DATED: August 26, 2008

                                                                                 James Larson
                                                                            Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\08-0788\Order grant 34.wpd

C-08-0788 ORDER EXTENDING MEDIATION DEADLINE      1