UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARDINAL HEALTH 110, | No. C 08-0788 JL |
| Plaintiff, | **NOTICE** |
| v. | |
| AMG PHARMACY, INC , | |
| Defendant. | |
| _____/ | |

TO COUNSEL AND PARTIES OF RECORD:

You are hereby notified that the Court will take Plaintiff's motion for summary judgment under submission without a hearing pursuant to Civil Local Rule 7-1(b). The hearing for November 12, 2008 at 9:30 a.m. is hereby vacated.

IT IS SO ORDERED.

DATED: October 29, 2008

_____
James Larson
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\08-0788\Notice-no-hearing.wpd      1