UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARDINAL HEALTH 110,                                   No. C 08-0788  JL

       Plaintiff,

  v.

AMG PHARMACY, INC ,

       Defendant.
_____/

    Defendant Lyudmila Lyustin having filed for protection under Chapter 7 of Title 11 of the United States Code and an automatic stay being in effect, there appears to be no reason at this time to maintain the file as an open case for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

    Nothing contained in this Order shall be considered a dismissal or disposition of this action against Lyudmila Lyustin, and, should further proceedings against Defendant Lyudmila Lyustin become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.

    IT IS SO ORDERED.

DATED: February 4, 2011

_____
James Larson
U.S. Magistrate Judge

G:\JLALL\CASES\TERMED\08-0788\Admin. Closure.wpd